■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY COAXUM, Appellant. [603 NYS2d 755] —Appeal by the

defendant, as limited by his motion, from a sentence of the Supreme Court, Westchester County (Rosato, J.), imposed July 16, 1992.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Rosenblatt, Copertino and Pizzuto, JJ., concur.